ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD
Nevada Bar No. 11462
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: christina.bhirud@akerman.com

*Attorneys for Gerald Hassell, CEO of the
Bank of New York Mellon*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LUISITO PINEDA,<br><br>                        Plaintiff,<br>v.<br><br>GERALD HASSELL CEO for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE TO JP MORGAN CHASE BANK, N.A. as TRUSTEE FOR HOLDERS OF SAMI II 2006-AR2., MTG PASS-THROUGH CERTIFICATES, SERIES 2006-AR2.,<br><br>                        Defendants. | Case No.: 2:14-cv-00346-APG-VCF<br><br>**ORDER GRANTING MOTION TO DISMISS [DKT. 4], MOTION TO STRIKE [DKT. 7], AND MOTION TO STRIKE [DKT. 17]** |

Defendant Gerald Hassell, CEO of the Bank of New York Mellon (**Hassell**), filed a motion to dismiss [Dkt. 4] on March 12, 2014, a motion to strike [Dkt. 7] various documents filed in state court on March 17, 2014, and a motion to strike [Dkt. 17] the documents filed as [Dkt. 13] and [Dkt. 14] on March 31, 2014. Plaintiff Luisito Pineda did not oppose any of the foregoing motions.

The Court heard the motions on April 10, 2014, at 1:30 p.m. Christina S. Bhirud, Esq. appeared on behalf of Hassell, and plaintiff appeared in proper person (and accompanied by Ayrick Talbo).

{28474398;1}

1  The Court, having reviewed the motions and all related filings, having heard arguments presented by counsel and plaintiff, and for good cause appearing, orders, adjudges, and decrees as follows:

It is ORDERED, ADJUDGED, and DECREED that Gerald Hassell's motion to dismiss [Dkt. 4], motion to strike [Dkt. 7] various documents filed in state court, and motion to strike [Dkt. 17] the documents filed as [Dkt. 13] and [Dkt. 14] ARE GRANTED;

It is further ORDERED, ADJUDGED, and DECREED that the case is dismissed without prejudice.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: April 14, 2014

Respectfully submitted,

/s/ Christina S. Bhirud
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Gerald Hassell, CEO of the Bank of New York Mellon*

{28474398;1}      2