1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

LUISITO PINEDA,

Plaintiff,

v.

GERALD HASSELL, et al.,

Defendants.

Case No. 2:14-cv-00346-APG-VCF

**ORDER**

On April 10, 2014, I conducted a hearing on pending motions. Ayrick Talbo was present in court, attempting to represent plaintiff Luisito Pineda. I explained to Mr. Talbo that because he is not a licensed attorney, he is not permitted to represent Mr. Pineda, nor appear on his behalf, nor file pleadings or papers on behalf of Mr. Pineda. *See* Dkt. #26; *see also*, Fed.R.Civ.P. 11(a). I struck from the record two documents that Mr. Talbo filed on behalf of Mr. Pineda. I also dismissed the case without prejudice.

Despite my admonition to Mr. Talbo, he has filed additional documents in this case, including an incorrectly-titled "Opposition to Defendant's Representative(s) Response Should Be Stricken, No Due Process and No Jurisdiction/Merit." (Dkt. #38). Defendants moved to strike that document (Dkt. #40), and have requested I issue an Order to Show Cause why sanctions should not be issued (Dkt. #42).

Mr. Talbo's filing (Dkt. #38) is in direct violation of my prior order that he cannot participate in this case on behalf of Mr. Pineda. That document is hereby stricken from the record. Mr. Talbo shall not file any further papers in this case. Should Mr. Talbo file any further papers in this case, I will consider contempt sanctions against him, and may refer him to the appropriate authorities for the unauthorized practice of law.

1    Defendants' motion to strike and for sanctions (Dkt. ##40, 42) is granted in part and

2  denied in part, as set forth above.

3    Dated: June 26, 2014.

4

5    ANDREW P. GORDON
     UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2