# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LUISITO PINEDA, | Case No. 2:14-CV-00346-APG-VCF |
| Plaintiff, | |
| v. | **ORDER** |
| GERALD HASSELL, | (Dkt. Nos. 45, 48, 50, 52) |
| Defendant. | |

On June 27, 2014, I struck from the record documents filed by Ayrick Talbo on behalf of plaintiff Luisito Pineda, and I admonished Talbo that he cannot represent Pineda because Talbo is not an attorney. (Dkt. #43.) I also warned Talbo that if he filed further papers in the case on Pineda's behalf, I would consider sanctions and may refer him to the appropriate authorities for the unauthorized practice of law. (*Id.*) Despite these admonitions, Talbo thereafter filed a Motion to Strike (Dkt. #45), which he amended twice (Dkt. #46, #47). Defendant Gerald Hassell filed a Motion to Strike these filings (Dkt. #48), to which Talbo responded (Dkt. #49). Talbo then filed a Motion to Dismiss (Dkt. #50), which Hassell also moved to strike (Dkt. #52).

As repeatedly explained to Talbo, he is not a licensed attorney and he cannot represent Pineda or file documents on Pineda's behalf in this case. I therefore will deny Talbo's motions, grant Hassell's motions, and strike the unauthorized filings. This is the last warning to Talbo: should he continue to file documents in this matter, I will refer him to the appropriate authorities for the unauthorized practice of law.

IT IS THEREFORE ORDERED that the Motion to Strike (Dkt. #45) and Motion to Dismiss (Dkt. #50) are DENIED.

/ / / /

/ / / /

/ / / /

/ / / /

IT IS FURTHER ORDERED that Defendant's Motion to Strike (Dkt. #48) and Motion to Strike (Dkt. #52) are GRANTED and the filings at Docket Nos. 45, 46, 47, 49, 50 are stricken from the record.

DATED this 14th day of January, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE